UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RASHAD LAMAR BROWN (#219041)

VERSUS

ST. TAMMANY PARISH DETENTION CENTER/JAIL, ET AL.

CIVIL ACTION

24-913-SDD-EWD

### RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Judge Erin Wilder-Doomes dated December 8, 2025, to which no objection was filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that the Court declines the exercise of supplemental jurisdiction over potential state law claims, that all federal claims brought by Plaintiff Rashad Lamar Brown in this case are **DISMISSED WITH PREJUDICE** under 28 U.S.C. §§ 1915(e) and 1915A for failure to state a claim upon which relief may be granted, and that this case shall be **CLOSED**.

Signed in Baton Rouge, Louisiana, on this 2 day of ~~January~~ February, 2026.

CHIEF JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 15.